UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUNO N.R. ALVES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLAYER'S EDGE, INC., et al.,<br><br>Defendants. | Civil No.   05cv1654-WQH (CAB)<br><br>**ORDER FOLLOWING 11-28-07 STATUS CONFERENCE** | |

A telephonic status conference was held on November 28, 2007, before Judge Cathy Ann Bencivengo. The status of the case as to all remaining defendants has not been made clear to this Court. Therefore, on or before **December 7, 2007**, plaintiff shall submit a chart detailing the disposition of the case as to each remaining defendant. That is, the chart shall set forth which defendants have been served, which have answered, and what will be happening procedurally as to each defendant. See examples below:

| Defendant A | Served | Answered | Settled |
|---|---|---|---|
| Defendant B | Served | No Answer | Default hearing reqd |
| Defendant C | Served | Answered | Will stipulate to dismissal w/o prejudice |
| Defendant D | Served | Answered | Contesting dismissal |

/ / / / /

The chart shall be submitted **directly to the chambers of Judge Bencivengo** on or before December 7, 2007.

**IT IS SO ORDERED.**

**DATED:  November 28, 2007**

_____
CATHY ANN BENCIVENGO
**United States Magistrate Judge**