UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO ALVES, et al.,<br><br>                                   Plaintiffs,<br>vs.<br><br>PLAYERS EDGE, INC., et al.,<br><br>                                   Defendants. | CASE NO. 05CV1654 WQH (CAB)<br><br>ORDER DISMISSING REMAINING SETTLED AND DEFAULTED DEFENDANTS WITHOUT PREJUDICE FOR FAILURE TO SHOW CAUSE |

HAYES, Judge:

    On August 19, 2005, Plaintiffs filed the Complaint in this matter against a number of corporate and individual Defendants. (Doc. # 1). On August 3, 2006, Plaintiffs filed a First Amended Complaint. (Doc. # 66). On August 8, 2007, the Court granted motions to dismiss filed by the Radio Station Defendants and Defendant Leisure & Gaming, PLC. (Doc. # 157).

    On November 28, 2007, Magistrate Judge Cathy Ann Bencivengo ordered Plaintiffs to submit to the Court a chart detailing the disposition of the case as to each remaining Defendant. (Doc. # 162). On December 11, 2007, Plaintiffs filed the chart in compliance with Judge Bencivengo's Order of November 28, 2007. (Doc. # 164).

    On December 19, 2007, the Court Ordered Plaintiffs to show cause as to why the unserved Defendants should not be dismissed from this case, and also ordered Plaintiff's to file a status report indicating the status of each of the settled and defaulted Defendants. (Doc. # 165). Plaintiffs did not respond to the Court's December 19, 2007, Order to Show Cause, and did not submit a status report

as required by that Order. (Doc. # 166). Accordingly, on January 29, 2008, the Court dismissed each of the remaining unserved Defendants, and again Ordered Plaintiffs to file a status report indicating the status of the remaining settled and defaulted Defendants. (Doc. # 166). The Court noted that it would "dismiss the remaining settled and defaulted Defendants without prejudice on or after, Monday, February 11, 2008, unless, on or before that date, Plaintiffs file a status report indicating the status of [the defaulted and settled] Defendants." (Doc. # 166 at 2).

Plaintiffs did not comply with this Court's Order of January 29, 2008, and have failed to file a status report as Ordered by this Court on two occasions. (Docs. # 165, 166). Accordingly, the Court hereby dismisses the remaining settled and defaulted Defendants without prejudice pursuant to this Court's Order of January 29, 2008.

**IT IS HEREBY ORDERED** that Defendants **Robert Robitzek, Daniel Biancullo, Joseph DiLorenzo, Christopher Paraldi, William J. Gebig, John T. Tartaglione, Gerard H. Hendel, Scott T. Allan,** and **Jai Pasquale** are dismissed from this case without prejudice. *See* (Doc. # 164).

### ORDER DISMISSING CASE IN ITS ENTIRETY

On November 28, 2007, Magistrate Judge Bencivengo ordered Plaintiffs to submit to the Court a chart detailing the disposition of the case as to each of the remaining Defendants. (Doc. # 162). Thereafter, on December 11, 2007, Plaintiff filed a chart indicating that there were nineteen remaining active Defendants. (Doc. # 164).

To date, each of the nineteen Defendants listed in (Doc. # 164) has been dismissed, and the Court concludes that there are no active Defendants remaining in this case. Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED in its entirety but without prejudice. The Clerk of the Court is Ordered to close this case and term any remaining Defendant which has not been heretofore dismissed.

**IT IS SO ORDERED.**

DATED: February 19, 2008

WILLIAM Q. HAYES
United States District Judge